| AO 10<br>Rev. 1/2011 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2010** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Nora B. | 2. Court or Organization<br><br>District Court, Western PA | 3. Date of Report<br><br>5/12/2011 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Suite 5260, US Post Office & Courthouse<br>Seventh Avenue & Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

**Fischer , Nora B.**

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Highmark Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | . | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. - American AMCAP Fund | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 5. - American Europacific Growth | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 6. - Dodge & Cox Stock | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 7. - Federated Kaufman Small Cap Fund CL A | | None | L | T | Sold (part) | 05/10/10 | K | | |
| 8. - FPA New Income | C | Dividend | M | T | Buy (add'l) | 05/24/10 | L | | |
| 9. - T Rowe Price International Bond | B | Dividend | K | T | Buy (add'l) | 06/02/10 | K | | |
| 10. - Prime Fund Cap Reserves | A | Interest | L | T | | | | | |
| 11. - Champlain Small Company Fund Adv Cl | | None | K | T | | | | | |
| 12. - Chesapeake Core Growth Fund | | None | K | T | Sold (part) | 05/10/10 | K | | |
| 13. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 14. - Eaton Vance Large-Cap Value Cl A | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 15. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 16. - Forward Internt'l Small Co-Instit shs | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 17. - Oakmark Internt'l Small Cap I | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. - Pioneer Equity Income Cl A | B | Dividend | L | T | | | | | |
| 19. - SouthernSun Small-cap N/C | | None | L | T | Sold (part) | 05/10/10 | K | | |
| 20. -T Rowe Price Real Estate Fund | A | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 21. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | Sold (part) | 05/10/10 | J | | |
| 22. - Virtus Foreign Opportunities Cl A | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 23. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 24. - Eaton Vance Floating Rate Advantage Adv | C | Dividend | L | T | | | | | |
| 25. - Loomis Sayles Bond Retail Shares | C | Dividend | L | T | Buy (add'l) | 05/24/10 | K | | |
| 26. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | Sold (part) | 05/10/10 | J | | |
| 27. - PIMCO Real Return Class A | B | Dividend | M | T | Buy (add'l) | 05/24/10 | L | | |
| 28. - Vanguard Short Term Invmt Grade Investor | C | Dividend | L | T | Buy (add'l) | 06/02/10 | J | | |
| 29. - Vanguard Short Term Federal | B | Dividend | L | T | Buy (add'l) | 06/02/10 | J | | |
| 30. - Templeton Global Bond Class A | B | Dividend | K | T | Buy | 06/02/10 | K | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Qualified Plan #4 | | | | | | | | | |
| 34. - TIAA Traditional | D | Interest | M | T | Distributed (part) | 03/01/10 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - CREF Global Equities | | None | J | T | | | | | |
| 36. - CREF Money Market | | None | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. Qualified Plan #5 | | | | | | | | | |
| 39. - Causeway International | A | Dividend | L | T | Buy (add'l) | 05/24/10 | J | | |
| 40. - Federated US Govt Sec | C | Dividend | L | T | | | | | |
| 41. - PIMCO Low Duration | C | Dividend | M | T | Buy (add'l) | 06/02/10 | K | | |
| 42. - Federated FD US Govt Sec | A | Dividend | K | T | Buy (add'l) | 06/02/10 | J | | |
| 43. - PIMCO Total Return Cl A | D | Dividend | L | T | Buy (add'l) | 05/24/10 | J | | |
| 44. - PIMCO Foreign Bond | A | Dividend | K | T | Buy (add'l) | 05/24/10 | K | | |
| 45. - American Capital World Bond | B | Dividend | K | T | | | | | |
| 46. - Davis New York Venture | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 47. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 48. - Artisan International | A | Dividend | L | T | Buy (add'l) | 05/24/10 | J | | |
| 49. - MFS International New Disc Cl A | A | Dividend | L | T | | | | | |
| 50. - Royce Microcap Investment Class | B | Dividend | L | T | Sold (part) | 05/10/10 | L | | |
| 51. - Fidelity, Prime Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Phoenix Real Estate Value | A | Dividend | K | T | Sold (part) | 05/10/10 | J | | |
| 53. - Third Avenue Real Estate Value | A | Dividend | K | T | Sold (part) | 05/10/10 | J | | |
| 54. - Prime Cap Odyssey Growth Fund | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 55. - T Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 56. - Touchstone Mid Cap Growth Cl A | | None | L | T | Sold (part) | 05/10/10 | K | | |
| 57. - Vanguard GNMA | C | Dividend | L | T | Buy (add'l) | 05/24/10 | K | | |
| 58. - Pioneer Cullen Value Fund Cl A | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 59. - Van Eck Global Hard Assets Class A | A | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 60. - PIMCO Comm Real Return Strat Cl A | B | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 61. - IVA Worldwide Fund Cl A | B | Dividend | L | T | | | | | |
| 62. - Allianz NFJ Dividend Value Instl | B | Dividend | L | T | Buy | 06/08/10 | K | | |
| 63. | | | | | | | | | |
| 64. Qualified Plan #6 | | | | | | | | | |
| 65. - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 66. - Hewitt, Cash Balance Plan | | None | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Qualified Plan #7 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PIMCO Total Return Fund (Admin) | A | Dividend | L | T | | | | | |
| 70. - Small Cap U.S. Equity Index NL Fd (frmly BGI Sm Cap Dom) | A | Dividend | L | T | | | | | |
| 71. - Marsico Focused Growth Portfolio | A | Dividend | L | T | | | | | |
| 72. - MFS Inst International Equity Fund | B | Dividend | L | T | | | | | |
| 73. | | | | | | | | | |
| 74. Qualified Plan #8 | | | | | | | | | |
| 75. - PIMCO Total Return Fund (Admin) | | None | L | T | | | | | |
| 76. - MFS Inst International Equity Fund | B | Dividend | L | T | | | | | |
| 77. - Dreyfus Premier High Income - Class I | B | Dividend | L | T | | | | | |
| 78. - Wells Fargo Adv Intrin Val (fmrly Evergreen Intr Val-Intl | B | Dividend | M | T | | | | | |
| 79. - BR Mid Cap US Eq Inx NL (fmrly BGI MidCap Dom Eq Inx) | B | Dividend | M | T | | | | | |
| 80. - GMO International Intrinsic Value - M Shares | B | Dividend | L | T | | | | | |
| 81. - PIMCO Real Return (Admin) | A | Dividend | J | T | | | | | |
| 82. - Templeton Instl Emerging Markets Series | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84. Brokerage Account #1 | | | | | | | | | |
| 85. - American Funds, Fundamental Investors | A | Dividend | K | T | Sold (part) | 01/13/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Federated Kaufmann Cl K | A | Dividend | K | T | Sold (part) | 05/11/10 | J | B | |
| 87. - Royce Pennsyl Mutual Invst | A | Dividend | K | T | Sold (part) | 05/11/10 | K | B | |
| 88. - T Rowe Price Intl Disc | A | Dividend | K | T | Sold (part) | 05/11/10 | J | A | |
| 89. - T Rowe Price Real est Fund | A | Dividend | J | T | Sold (part) | 05/11/10 | J | A | |
| 90. - Thornburg Inv Income Builder | B | Dividend | K | T | Sold (part) | 01/13/10 | K | A | |
| 91. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 92. - Thornburg Ltd Term US Govt | A | Dividend | K | T | Sold (part) | 05/11/10 | J | B | |
| 93. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 94. - Thornburg Value Class A | A | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 95. - Tweedy Browne Global Value | A | Dividend | K | T | Sold (part) | 05/11/10 | J | A | |
| 96. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 97. - William Blair Int'l Growth Class | A | Dividend | K | T | Sold (part) | 05/11/10 | J | A | |
| 98. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 99. - Dodge & Cox Income | A | Dividend | | | Sold | 06/02/10 | J | A | |
| 100. - PIMCO Foreign Inst SHS | B | Dividend | K | T | Sold (part) | 01/13/10 | K | A | |
| 101. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 102. - Thornburg Ltd Term Income | B | Dividend | K | T | Buy (add'l) | 06/02/10 | J | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D1)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - Prime Fund Capital Reserves | A | Dividend | K | T | | | | | |
| 104. - Columbia Marsico 21st Centruy Cl A | | None | K | T | Sold (part) | 05/11/10 | J | A | |
| 105. - Franklin Federal Intr Term Tax Free A | B | Interest | L | T | Sold (part) | 01/13/10 | J | A | |
| 106. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 107. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 108. | | | | | | | | | |
| 109. Mass Mutual Life Insurance Policy | | None | K | T | | | | | |
| 110. Mass Mutual Life Insurance Policy | | None | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. HSA #1 | | | | | | | | | |
| 113. - Dodge and Cox International | A | Dividend | K | T | | | | | |
| 114. - Artisan Small Cap | | None | J | T | | | | | |
| 115. - PFPC, Cash account | A | Interest | J | T | | | | | |
| 116. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 5/12/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Fischer, Nora B. | **2. Court or Organization**<br><br>District Court, Western PA | **3. Date of Report**<br><br>7/25/2011 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Federal District Court Judge - Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☑ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>Suite 5260, US Post Office & Courthouse<br>Seventh Avenue & Grant Street<br>Pittsburgh, PA 15219 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Fischer , Nora B. A**

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Highmark Inc. - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank accounts | A | Interest | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Qualified Plan #3 | | | | | | | | | |
| 4. - American AMCAP Fund | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 5. - American Europacific Growth | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 6. - Dodge & Cox Stock | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 7. - Federated Kaufman Small Cap Fund CL A | | None | L | T | Sold (part) | 05/10/10 | K | | |
| 8. - FPA New Income | C | Dividend | M | T | Buy (add'l) | 05/24/10 | L | | |
| 9. - T Rowe Price International Bond | B | Dividend | K | T | Buy (add'l) | 06/02/10 | K | | |
| 10. - Prime Fund Cap Reserves | A | Interest | L | T | | | | | |
| 11. - Champlain Small Company Fund Adv Cl | | None | K | T | | | | | |
| 12. - Chesapeake Core Growth Fund | | None | K | T | Sold (part) | 05/10/10 | K | | |
| 13. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 14. - Eaton Vance Large-Cap Value Cl A | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 15. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 16. - Forward Internt'l Small Co-Instit shs | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 17. - Oakmark Internt'l Small Cap I | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Pioneer Equity Income Cl A | B | Dividend | L | T | | | | | |
| 19. - SouthernSun Small-cap N/C | | None | L | T | Sold (part) | 05/10/10 | K | | |
| 20. -T Rowe Price Real Estate Fund | A | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 21. - Van Eck Global Hard Assets Class A | A | Dividend | J | T | Sold (part) | 05/10/10 | J | | |
| 22. - Virtus Foreign Opportunities Cl A | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 23. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 24. - Eaton Vance Floating Rate Advantage Adv | C | Dividend | L | T | | | | | |
| 25. - Loomis Sayles Bond Retail Shares | C | Dividend | L | T | Buy (add'l) | 05/24/10 | K | | |
| 26. - PIMCO Comm Real Return Strat Cl A | A | Dividend | J | T | Sold (part) | 05/10/10 | J | | |
| 27. - PIMCO Real Return Class A | B | Dividend | M | T | Buy (add'l) | 05/24/10 | L | | |
| 28. - Vanguard Short Term Invmt Grade Investor | C | Dividend | L | T | Buy (add'l) | 06/02/10 | J | | |
| 29. - Vanguard Short Term Federal | B | Dividend | L | T | Buy (add'l) | 06/02/10 | J | | |
| 30. - Templeton Global Bond Class A | B | Dividend | K | T | Buy | 06/02/10 | K | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. Qualified Plan #4 | | | | | | | | | |
| 34. - TIAA Traditional | D | Interest | M | T | Distributed (part) | 03/01/10 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - CREF Global Equities | | None | J | T | | | | | |
| 36. - CREF Money Market | | None | J | T | | | | | |
| 37. | | | | | | | | | |
| 38. Qualified Plan #5 | | | | | | | | | |
| 39. - Causeway International | A | Dividend | L | T | Buy (add'l) | 05/24/10 | J | | |
| 40. - Federated US Govt Sec | C | Dividend | L | T | | | | | |
| 41. - PIMCO Low Duration | C | Dividend | M | T | Buy (add'l) | 06/02/10 | K | | |
| 42. - Federated FD US Govt Sec | A | Dividend | K | T | Buy (add'l) | 06/02/10 | J | | |
| 43. - PIMCO Total Return Cl A | D | Dividend | L | T | Buy (add'l) | 05/24/10 | J | | |
| 44. - PIMCO Foreign Bond | A | Dividend | K | T | Buy (add'l) | 05/24/10 | K | | |
| 45. - American Capital World Bond | B | Dividend | K | T | | | | | |
| 46. - Davis New York Venture | A | Dividend | L | T | Sold (part) | 05/10/10 | K | | |
| 47. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 48. - Artisan International | A | Dividend | L | T | Buy (add'l) | 05/24/10 | J | | |
| 49. - MFS International New Disc Cl A | A | Dividend | L | T | | | | | |
| 50. - Royce Microcap Investment Class | B | Dividend | L | T | Sold (part) | 05/10/10 | L | | |
| 51. - Fidelity, Prime Fund | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Fischer, Nora B. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 52. - Phoenix Real Estate Value | A | Dividend | K | T | Sold (part) | 05/10/10 | J | | |
| 53. - Third Avenue Real Estate Value | A | Dividend | K | T | Sold (part) | 05/10/10 | J | | |
| 54. - Prime Cap Odyssey Growth Fund | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 55. - T Rowe Price Equity Income | B | Dividend | L | T | | | | | |
| 56. - Touchstone Mid Cap Growth Cl A | | None | L | T | Sold (part) | 05/10/10 | K | | |
| 57. - Vanguard GNMA | C | Dividend | L | T | Buy (add'l) | 05/24/10 | K | | |
| 58. - Pioneer Cullen Value Fund Cl A | A | Dividend | K | T | Sold (part) | 05/10/10 | K | | |
| 59. - Van Eck Global Hard Assets Class A | A | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 60. - PIMCO Comm Real Return Strat Cl A | B | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 61. - IVA Worldwide Fund Cl A | B | Dividend | L | T | | | | | |
| 62. - Allianz NFJ Dividend Value Instl | B | Dividend | L | T | Buy | 06/08/10 | K | | |
| 63. | | | | | | | | | |
| 64. Qualified Plan #6 | | | | | | | | | |
| 65. - Artisan Mid Cap | A | Dividend | J | T | | | | | |
| 66. - Hewitt, Cash Balance Plan | | None | J | T | | | | | |
| 67. | | | | | | | | | |
| 68. Qualified Plan #7 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - PIMCO Total Return Fund (Admin) | A | Dividend | L | T | | | | | |
| 70. - Small Cap U.S. Equity Index NL Fd (frmly BGI Sm Cap Dom) | A | Dividend | L | T | | | | | |
| 71. - Marsico Focused Growth Portfolio | A | Dividend | L | T | | | | | |
| 72. - MFS Inst International Equity Fund | B | Dividend | L | T | | | | | |
| 73. | | | | | | | | | |
| 74. Qualified Plan #8 | | | | | | | | | |
| 75. - PIMCO Total Return Fund (Admin) | | None | L | T | | | | | |
| 76. - MFS Inst International Equity Fund | B | Dividend | L | T | | | | | |
| 77. - Dreyfus Premier High Income - Class I | B | Dividend | L | T | | | | | |
| 78. - Wells Fargo Adv Intrin Val (fmrly Evergreen Intr Val-Intl | B | Dividend | M | T | | | | | |
| 79. - BR Mid Cap US Eq Inx NL (fmrly BGI MidCap Dom Eq Inx) | B | Dividend | M | T | | | | | |
| 80. - GMO International Intrinsic Value - M Shares | B | Dividend | L | T | | | | | |
| 81. - PIMCO Real Return (Admin) | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 82. - Templeton Instl Emerging Markets Series | A | Dividend | J | T | Buy | 01/15/10 | J | | |
| 83. | | | | | | | | | |
| 84. Brokerage Account #1 | | | | | | | | | |
| 85. - American Funds, Fundamental Investors | A | Dividend | K | T | Sold (part) | 01/13/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. - Federated Kaufmann Cl K | A | Dividend | K | T | Sold (part) | 05/11/10 | J | B | |
| 87. - Royce Pennsyl Mutual Invst | A | Dividend | K | T | Sold (part) | 05/11/10 | K | B | |
| 88. - T Rowe Price Intl Disc | A | Dividend | K | T | Sold (part) | 05/11/10 | J | A | |
| 89. - T Rowe Price Real est Fund | A | Dividend | J | T | Sold (part) | 05/11/10 | J | A | |
| 90. - Thornburg Inv Income Builder | B | Dividend | K | T | Sold (part) | 01/13/10 | K | A | |
| 91. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 92. - Thornburg Ltd Term US Govt | A | Dividend | K | T | Sold (part) | 05/11/10 | J | B | |
| 93. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 94. - Thornburg Value Class A | A | Dividend | K | T | Buy (add'l) | 05/24/10 | J | | |
| 95. - Tweedy Browne Global Value | A | Dividend | K | T | Sold (part) | 05/11/10 | J | A | |
| 96. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 97. - William Blair Int'l Growth Class | A | Dividend | K | T | Sold (part) | 05/11/10 | J | A | |
| 98. | | | | | Buy (add'l) | 05/24/10 | J | | |
| 99. - Dodge & Cox Income | A | Dividend | | | Sold | 06/02/10 | J | A | |
| 100. - PIMCO Foreign Inst SHS | B | Dividend | K | T | Sold (part) | 01/13/10 | K | A | |
| 101. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 102. - Thornburg Ltd Term Income | B | Dividend | K | T | Buy (add'l) | 06/02/10 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Prime Fund Capital Reserves | A | Dividend | K | T | | | | | |
| 104. - Columbia Marsico 21st Centruy Cl A | | None | K | T | Sold (part) | 05/11/10 | J | A | |
| 105. - Franklin Federal Intr Term Tax Free A | B | Interest | L | T | Sold (part) | 01/13/10 | J | A | |
| 106. | | | | | Buy (add'l) | 06/02/10 | J | | |
| 107. | | | | | Buy (add'l) | 05/24/10 | K | | |
| 108. | | | | | | | | | |
| 109. Mass Mutual Life Insurance Policy | | None | K | T | | | | | |
| 110. Mass Mutual Life Insurance Policy | | None | K | T | | | | | |
| 111. | | | | | | | | | |
| 112. HSA #1 | | | | | | | | | |
| 113. - Dodge and Cox International | A | Dividend | K | T | | | | | |
| 114. - Artisan Small Cap | | None | J | T | | | | | |
| 115. - PFPC, Cash account | A | Interest | J | T | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Nora B. | 7/25/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nora B. Fischer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544